```
            UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                         Case No. 08-cr-84-01-PB

**Rutilio Chavez Deleon**
**aka Roberto Guerrero Salazar**

**O R D E R**

The defendant has moved, through counsel, to continue the trial scheduled for November 4, 2008, citing the need for additional time to finalize plea negotiations. The government does not object to a continuance of the trial date.

Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from November 4, 2008 to February 3, 2009. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The court will hold a final pretrial conference on January 20, 2009 at 2:00 p.m.

SO ORDERED.

                                                /s/Paul Barbadoro
                                                Paul Barbadoro
                                                United States District Judge

October 23, 2008

cc:   Jeffrey Levin, Esq.
      Alfred Rubega, AUSA
      United States Probation
      United States Marshal