UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


United States

                                    Case No. 08-cr-84-01-SM
          v.

Rutilio Chavez Deleon



                           ORDER

        Re: Document No. 51, Motion for Reconsideration of Order on
Motion for Judgment

        Ruling: Granted.   Defendant points out that dismissal of
redacted Count III did not affect his renewed motion for judgment
of aquittal related to redacted counts I and II, and the motion as
to those counts is not moot.   Having reconsidered the matter, the
renewed motion for judgment of acquittal (documents 37 and 39) is
denied.    The evidence presented at trial, viewed in the light
favorable to the jury's verdicts on those counts, was more than
sufficient to support convictions.   The jury could easily have
concluded beyond a reasonable doubt that defendant falsely
represented a social security number issued by the Commissioner to
Roberto Guerrero (having been fraudulently induced to do so by the
defendant) and not to defendant, as one having been issued to
defendant (posing as Roberto Guerrero), when it had not been.   In
addition, the evidence was sufficient to support the jury's
conclusion that defendant made a series of false material
statements in attempting to acquire a United States Passport,
including falsely stating his name, date of birth, and place of
birth.



                                    _____
                                    Steven J. McAuliffe
                                    Chief Judge


Date: June 18, 2009

cc:  Alfred Rubega, AUSA
     Jeffrey Levin, Esq.